UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YATHYAH YAHVAH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | NO. CV 17-101-MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, the Amended Report and Recommendation of the United States Magistrate Judge ("Report"), the subsequent filings from the Plaintiff (Dkt. Nos. 30, 36), and the Defendant's reponse (Dkt. No. 32). The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff objected. The Court accepts the findings and recommendations of the Magistrate Judge.

A.　Plaintiff's Request for Restraining Order

Plaintiff objects to the Report's recommendation that her request for a temporary restraining order ("TRO") be denied. The Report notes that Plaintiff requests a TRO "to halt and dismantle current proceedings of retaliatory action by the County and its actors; et al – and that relief be administered from the continued perjury and harassment of the County." (Report at 8 (quoting App. at 2).)

Plaintiff subsequently attached a minute order of the dependency court dated February 2018 that refers to a permanency planning hearing on March 19, 2018.

(Dkt. No. 30 at 8.) Because this page contains a dependency court order that identifies a minor, the Clerk is directed to seal Dkt. No. 30 at 8.  Plaintiff also attaches pages from reports with various dates that may or may not have been submitted to the state court.  (Dkt. No. 36 at 3-10, 16-26, 32-33.)  Plaintiff attaches pages of what appear to be her submissions to the state court.  (Dkt. No. 36 at 14-15, 27-31.) Plaintiff attaches a certificate of completion of 20 parenting classes, letters to whom it may concern from Plaintiff's therapist, and progress notes from Plaintiff's treatment. (Dkt. No. 30 at 6-7; Dkt. No. 36 at 11-13.)

Based on Plaintiff's subsequent filings, it appears to the Court that the dependency court proceedings involving Plaintiff's minor child are ongoing.  The Court accepts the Report's recommendation that the Court deny Plaintiff's request for a TRO to "halt and dismantle" the state court proceedings under the *Younger* doctrine.  (Report at 9-10.)

### B. Defendant's Motion to Dismiss the Complaint

The Report recommends that the Court grant the County's request to dismiss the complaint against the individual defendants in their official capacity as redundant on the ground that the County is already a named defendant.  In all other respects, the Report recommends that the Court grant the County's motion to dismiss the complaint with leave to file a First Amended Complaint.

The Report explains that, on a motion to dismiss, the Court is limited to the operative complaint, its attachments and matters subject to judicial notice.  (Report at 7.)  Therefore, the Court has reviewed Plaintiff's subsequently filed evidence on the question of whether leave to amend should be granted. The Court agrees with the Report's recommendations.

### C. Order

IT IS ORDERED that (1) Plaintiff's request for a temporary restraining order is denied; (2) County's motion to dismiss the complaint against the individual defendants in their official capacity as redundant is granted; and (3) in all other

| | |
|---|---|
| 1 | respects, the County's motion to dismiss the complaint is granted with leave to file a |
| 2 | First Amended Complaint. |

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents. Plaintiff may attach documents to the First Amended Complaint, but should follow rules for redacting the name and identifying information of minors.

The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

**Plaintiff is advised that if she fails to file a timely and corrective First Amended Complaint within 30 days after the entry of this order, this action may be dismissed.**

IT IS FURTHER ORDERED that the Clerk shall seal the following documents: Dkt. No. 30 at 8 and Dkt. Nos. 36 at 3-10, 16-26 and 32-33.

**IT IS SO ORDERED.**

DATED: June 29, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge